UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN RE:

**Reginald Leonard Merckerson,**
      **Debtor.**
_____/

CASE NO.: 20-40324-EJC

CHAPTER 13

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

COMES NOW, U.S. Bank National Association, Not Individually But Solely As Trustee For Bluewater Investment Trust 2017-1 hereinafter referred to as ("Movant"), who holds a secured lien on the Debtor's real property known as 1912 East 57th Street, Savannah, Georgia 31404 and files this Objection to Confirmation of Debtor's Plan.

The Plan intends to pay-off the loan in full due to Secured Creditor, however, the figures used by the Debtor are inaccurate. The Plan proposes to pay only $41,795.00 at an interest rate of 5.25%. Upon information and belief, the secured claim held by the first mortgage has an anticipated payoff of $52,937.85. Therefore, the Plan cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $52,937.85 as the total payoff over the life of the Plan. Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. § 1325(a). Additionally, the Chapter 13 Plan fails to delineate that the Debtor will now be responsible for maintenance of property taxes and insurance.

WHEREFORE, Movant prays that this Court inquire into the matters raised herein and deny confirmation of the Chapter 13 Plan or enter such orders that the Court deems just and proper.

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Andrea Betts
Andrea Betts, Esquire
GA Bar Number 432863
Email: abetts@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 29, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Judson C. Hill
Gastin & Hill
P O Box 8012
Savannah, GA 31412

Reginald Leonard Merckerson
1912 57th Street
Savannah, GA 31404

O Byron Meredith, III
P O Box 10556
Savannah, GA 31412

Office of the U. S. Trustee
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401

 

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Andrea Betts
Andrea Betts, Esquire
GA Bar Number 432863
Email: abetts@rascrane.com