IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

REGINALD LEONARD MERCKERSON
1912 57TH STREET
SAVANNAH, GA 31404

Chapter 13
Case No. 20-40324-EJC

Debtor(s)

## TRUSTEE'S MOTION TO CONFIRM PLAN AS AMENDED

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay **$500.00** or more to unsecured creditors, but in any event will pay not less than **0.00%** of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

[ X ] **Raise payments/extend plan** as follows: RAISE Plan payment to $2,325.00 per month and EXTEND Plan term as necessary (to approximately 60 months) to pay as proposed.

[ ] Change valuation(s) as follows:

[ ] Allow/Modify/Disallow claims as follows:

[ X ] OTHER:

The amended objection to confirmation by U.S. Bank National Association is resolved in a separate order.

Trustee's objection resolved and the Plan recommended for confirmation with terms above incorporated into the confirmed Plan.

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given. This 4 day of November, 2020.

_____
Judson C. Hill
Ga Bar 354277
Debtor Counsel - JUDSON C. HILL

_____
Debtor

_____
Debtor

_____
Creditor's Counsel

_____
Creditor's Counsel

_____
Chapter 13 Trustee Attorney

_____ O. BYRON MEREDITH III, Trustee, Georgia Bar #002300

_____ LAURA A. GRIFKA, Georgia Bar #312055

_____ CARRI H. JOHNSON, Georgia Bar #301590

_X_ SABARI PILLAI, Georgia Bar #793947

073